CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HENRY G. BOLES,<br>    Plaintiff, | )<br>)  Civil Action No. 7:07cv00479<br>) |
| v. | )  **FINAL ORDER**<br>) |
| MICHELE FULCHER,<br>    Defendant. | )  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that plaintiff's complaint shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1). The action is **STRICKEN** from the active docket of the court, and any pending motions are **DENIED as MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 6th day of November, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge